UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62554-CIV-SMITH

CARLY BITTLINGMEYER,

    Plaintiff,

v.

ADAM GINSBERG, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary with Prejudice [DE 10]. Upon consideration, it is

**ORDERED** that

1) All claims of Plaintiff Carly Bittlingmeyer are **DISMISSED WITH PREJUDICE.**

2) All claims of any unnamed member of the alleged class are hereby **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 9th day of December 2019.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record